No. 164. BELAVAL, PETITIONER, v. CÓRDOVA DÁVILA, DISTRICT JUDGE, RESPONDENT.—Certiorari.   July 28, 1916.   *Writ discharged.*

No. 1540. GONZÁLEZ, APPELLEE, v. SUCCESSION OF VIRELLA, APPELLANT.—Damages.   Guayama.   July 28, 1916.   *Appeal dismissed.*

No. 1029. PEOPLE, APPELLEE, v. CARTAGENA ET AL., APPELLANTS.—

No. 1033. PEOPLE, APPELLEE, v. GONZÁLEZ, APPELLANT.—

No. 1035. PEOPLE, APPELLEE, v. RIVERA, APPELLANT.—

Gambling (*lotto*).   San Juan, Section 2.   July 28, 1916. *Judgments reversed on the grounds of opinion in* People v. Marcano et al., ante *p. 447.*

No. 1576. NEGRÓN & HERNÁNDEZ, APPELLEES, v. SUCCESSION OF JIMÉNEZ, APPELLANT.—Action of debt.   Ponce.

No. 1577. ABOLAFIA, APPELLANT, v. ALONSO, APPELLEE.— Divorce.   Arecibo.

No. 1578. LUGO ET AL., v. BALASQUIDE & Co. ET AL.—Reposition of record of mortgage.   Ponce.

November 7, 1916.   *Appeals dismissed.*

No. 166. CAPÓ, PETITIONER, v. MANZANO, MUNICIPAL JUDGE, RESPONDENT.—

No. 167. GONZÁLEZ, PETITIONER, v. FOOTE, DISTRICT JUDGE, RESPONDENT.—

Certiorari.   November 7, 1916.   *Petitions denied.*

No. 1045. PEOPLE, APPELLEE, v. FRANQUIS, APPELLANT.— Violation of section 370 of the Penal Code.   Humacao.   November 9, 1916.   *Judgment affirmed.*